UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MEDINA CASTANEDA | ) Case No. CV 14-959 PA(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DAVID B. LONG, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: March 13, 2014

_____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE